**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**March 29, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CHARLES E. GRAHAM, JR.,

    Defendant - Appellant.

No. 22-3001
(D.C. No. 2:11-CR-20065-JWL-2)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on the parties' *Joint Motion for Remand*, by which they request that this appeal be remanded to the U.S. District Court for the District of Kansas for further proceedings consistent with 18 U.S.C. § 3583(i)'s limitation.

Upon consideration, the motion is granted as set forth herein. This matter is remanded to the district court for further proceedings consistent with 18 U.S.C. § 3583(i)'s limitation, including vacating the December 30, 2021 revocation judgment.

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

This appeal is dismissed. The mandate shall issue forthwith.

Entered for the Court

Per Curiam